# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**DAVID R. CARRUTHERS** and **JEAN E. CARRUTHERS,**
Appellants,

v.

**TOWER HILL PRIME INSURANCE COMPANY,**
Appellee.

No. 4D22-3415

[September 7, 2023]

Appeal of a non-final order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Barbara Anne McCarthy, Judge; L.T. Case No. CACE15018429.

Richard M. Benrubi of Benrubi Law, Boca Raton, and Bard D. Rockenbach of Burlington & Rockenbach, P.A., West Palm Beach, for appellants.

Robert Alden Swift of Swift Legal Group, P.A., Orlando, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, GERBER and KUNTZ, JJ., concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***